IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 13 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | JUDGE LIOI |
| Plaintiff, | ) | |
| | ) | CASE NO. 4:20 CR 422 |
| v. | ) | Title 18, United States Code, |
| | ) | Sections 844(e), 922(g)(1) and |
| LARESE KENNETH ALLEN, SR., | ) | 924(a)(2) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Transmitting a Telephonic Bomb Threat via Interstate Communication, 18 U.S.C. § 844(e))

The Grand Jury charges:

1. On or about June 1, 2020, in the Northern District of Ohio, Defendant LARESE KENNETH ALLEN, SR., through the use of a telephone, an instrument of interstate or foreign commerce, willfully made a threat to unlawfully damage and destroy a building, to wit: the Youngstown Municipal Courthouse, by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

COUNT 2
(Felon in Possession of a Firearm, 18 U.S.C. §§922(g)(1) and 924(a)(2))

2. On or about July 7, 2020, in the Northern District of Ohio, Eastern Division, Defendant LARESE KENNETH ALLEN, SR., knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery, on or about September 4, 2014, in case number 2013 CR 1194, in the Mahoning County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a

Smith and Wesson rifle, 5.56 x 45 mm caliber, bearing serial number TJ96340, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.