UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:20-cr-422 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| LARESE KENNETH ALLEN, SR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on April 24, 2025. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on April 29, 2025. The defendant admitted to the following violations:

1. Failure to Report Law Enforcement Contact;
2. New Law Violation; and
3. New Law Violation.

The magistrate judge filed a report and recommendation on May 1, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on May 13, 2025. Present were the following: Assistant United States Attorney Joseph Dangelo,

representing the United States; Assistant Federal Public Defender Aleesha Kazi, representing the defendant; the defendant Larese Kenneth Allen, Sr., AO-certified and United States Probation Officer Mark Roth.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 24 months, to be served consecutively to the undischarged sentence in the Mahoning County Common Pleas Court, case number 2024CR716. The defendant is to receive credit for time served to date. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: May 13, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**